Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street

Trenton, NJ 08608

---

Case No.:  14–30571–KCF

Chapter:  13

Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John C. Bartholomew Jr.                     Denise D. Bartholomew

14 Crammer Court                              14 Crammer Court

Tuckerton, NJ 08087                           Tuckerton, NJ 08087

Social Security No.:

xxx–xx–4089                                        xxx–xx–1517

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
        Debtor and Joint Debtor was entered on August 29, 2016.

        Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 30, 2016

JJW: ghm

James J. Waldron

Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-30571-KCF
John C. Bartholomew, Jr.                                           Chapter 13
Denise D. Bartholomew
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Aug 30, 2016
                              Form ID: 148         Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
```
db/jdb       +John C. Bartholomew, Jr.,   Denise D. Bartholomew,   14 Crammer Court,
              Tuckerton, NJ 08087-2093
cr           +Americredit Financial Services, Inc., dba GM Finan,   PO Box 183853,   Arlington, TX 76096-3853
cr           +NJR Clean Energy Ventures Corporation,   c/o Stark & Stark, P.C.,
              Attn: Marshall Kizner, Esq.,   993 Lenox Drive,   Lawrenceville, NJ 08648-2389
515096403     Allied Interstate, Inc.,   P.O. Box 361774,   3000 Corporate Exchange Dr 5th Fl,
              Columbus, OH  43231-7689
515136929    +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
515096404     Apria Healthcare,   1328 S. Highland Ave.,   Jackson, TN  38301-7369
515296392    +Apria Healthcare LLC,   Attn: Legal Department,   26220 Enterprise Court,
              Lake Forest, CA 92630-8405
515096405    +Apria Lakewood NJ,   C/O CBCS,   PO Box 2589,   Columbus, OH 43216-2589
515096408     AtlantiCare Regional Medical Center,   P.O. Box 786361,   Philadelphia, PA  19178-6361
515096407    +Atlantic Gastroenterology Associates,   C/O Merchants Credit Guide Co.,
              223 W. Jackson Blvd., #700,   Chicago, IL 60606-6914
515096409     Barron Emergency Physicians,   PO Box 7418,   Philadelphia, PA 19101-7418
515096410    +Bay Area Credit Service LLC,   PO Box 467600,   Atlanta, GA 31146-7600
515096411    +Bon Venture,   C/O RR Beach Associates,   95 Wolf Creek Blvd, Suite 2,   Dover, DE 19901-4965
515096420     COPD Services,   PO Box 983123,   Boston, MA  02298-3123
515096418    +Commonwealth Financial,   245 Main St.,   Dickson City, PA 18519-1641
515096421    +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
515096422    +Family Medicine Center,   1301 Route 72 West, Suite 240,   Manahawkin, NJ 08050-2483
515096426    +Grasshoppers Landscaping SS Inc.,   2326 Route 72 West,   PO Box 176,
              Manahawkin, NJ 08050-0176
515096428    +Guardian Protection Services,   174 Thorn Hill Road,   Warrendale, PA 15086-7528
515096427    +Guardian Protection Services,   C/O Joseph Mann & Creed,   20600 Chagrin Blvd, Suite 550,
              Shaker Heights, OH 44122-5340
515096431    +Kivitz McKeever Lee, PC,   Attention: Kristina G. Murtha, Esquire,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
515096432    +Law Offices Of Faloni & Associates LLC,   165 Passaic Ave, Suite 301B,
              Fairfield, NJ 07004-3592
515096434    +Little Egg Harbor Community School,   307 Frog Pond Road,   Little Egg Harbor, NJ 08087-9700
515096442    +NJR Clean Energy Ventures,   1415 Wyckoff Road,   PO Box 1378,   Wall, NJ 07719-1378
515096440    +Neuropsychology And Counseling Assoc.,   1683 Route 88, Suite A,   Brick, NJ 08724-3065
515096443    +Njr Clean Energy Ventures Corporation,   C/O Stark & Stark,   993 Lenox Drive, Building 2,
              Lawrenceville, NJ 08648-2316
515096444     Northland Group, Inc.,   PO Box 390846,   Minneapolis, MN  55439-0846
515096446    +PA Turnpike Commission,   Violation Processing Center,   8000 C Derry Street,
              Harrisburg, PA 17111-5287
515096445     PA Turnpike Commission,   C/O PennCredit,   916 South 14th St.,   PO Box 988,
              Harrisburg, PA  17108-0988
515096448     Pinnacle Diagnostic Imaging Services,   22 Meridian Road, Suite 2,   Edison, NJ  08820-2848
515096450     RMB, Inc.,   407 Bearden Park Circle,   Knoxville, TN  37919-7448
515096449    +Recon Ortho Assoc II PC,   PO Box 757910,   Philadelphia, PA 19175-7910
515096451    +Rubin & Raine Of NJ LLC,   PO Box 949,   Eatontown, NJ 07724-0949
515096453     SOCH Medical Group PC,   C/O ACB Receivables Management Inc.,   19 Main St., PO Box 350,
              Asbury Park, NJ  07712-0350
515096452    +Service Magic,   14023 Denver West Parkway, Suite 200,   Golden, CO 80401-3259
515096456    +Stark & Stark,   PO Box 5315,   Princeton, NJ 08543-5315
515096459    +Trident Asset Manageme,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2287
515314911    +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2016 23:25:08    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2016 23:25:04    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515120953     EDI: PHINAMERI.COM Aug 30 2016 23:04:00    AmeriCredit Financial Services, Inc.,
              P O Box 183853,   Arlington, TX 76096
515096406     EDI: ARSN.COM Aug 30 2016 23:03:00    ARS National Services Inc.,   PO Box 463023,
              Escondido, CA  92046-3023
515096412    +EDI: CAPITALONE.COM Aug 30 2016 23:04:00    Capital One,   Pob 30281,
              Salt Lake City, UT 84130-0281
515218096     EDI: CAPITALONE.COM Aug 30 2016 23:04:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
515096413    +E-mail/Text: bankruptcy@cavps.com Aug 30 2016 23:25:28    Cavalry Portfolio Serv,
              Po Box 27288,   Tempe, AZ 85285-7288
515096414    +E-mail/Text: bankruptcy@cavps.com Aug 30 2016 23:25:29    Cavalry Portfolio Services,
              Attn: Bankruptcy Department,   PO Box 520,   Valhalla, NY 10595-0520
515098671    +E-mail/Text: bankruptcy@cavps.com Aug 30 2016 23:25:29    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
```

```
District/off: 0312-3          User: admin              Page 2 of 3          Date Rcvd: Aug 30, 2016
                              Form ID: 148             Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515096415    +E-mail/Text: dschobel@certifiedcollection.com Aug 30 2016 23:24:56
              Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
515096416    +E-mail/Text: bankruptcydesk@colonialsavings.com Aug 30 2016 23:25:33
              Colonial Savings And Loa,    2600 West Fwy,    Fort Worth, TX 76102-7109
515311083     E-mail/Text: bankruptcydesk@colonialsavings.com Aug 30 2016 23:25:33        Colonial Savings, F.A.,
              2626 West Freeway, Bldg B,    Fort Worth, TX 76102-7109
515096417    +EDI: WFNNB.COM Aug 30 2016 23:04:00    Comenity Bank/mandee,    995 W 122nd Ave,
              Westminster, CO 80234-3417
515096419     E-mail/Text: ebn@barnabashealth.org Aug 30 2016 23:25:35        Community Medical Center,
              PO Box 903,    Oceanport, NJ  07757-0903
515096423    +EDI: FSAE.COM Aug 30 2016 23:05:00    Firstsource Advantage, LLC,    205 Bryant Woods South,
              Amherst, NY 14228-3609
515096424     EDI: LEADINGEDGE.COM Aug 30 2016 23:05:00    GE Capital Retail Bank/Lowes,
              C/O Leading Edge Recovery Solutions,    PO Box 129,    Linden, MI  48451-0129
515096425    +EDI: PHINAMERI.COM Aug 30 2016 23:04:00    Gm Financial,    Po Box 181145,
              Arlington, TX 76096-1145
515096429    +E-mail/Text: bkynotice@harvardcollect.com Aug 30 2016 23:26:07    Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
515096430    +E-mail/Text: bkynotice@harvardcollect.com Aug 30 2016 23:26:07
              Harvard Collection Services, Inc.,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
515298689     EDI: RESURGENT.COM Aug 30 2016 23:04:00    LVNV Funding, LLC its successors and assigns as,
              assignee of HSBC Bank Nevada, N.A.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
515096433    +EDI: LEADINGEDGE.COM Aug 30 2016 23:05:00    Leading Edge Recovery Solutions,
              5440 N. Cumberland Ave, Suite 300,    Chicago, IL 60656-1486
515096435     E-mail/Text: rmckay@biehlcollects.com Aug 30 2016 23:25:58    Ltd Commodities LLC,
              C/O Biehl & Biehl, Inc.,    PO Box 87410,    Carol Stream, IL  60188-7410
515096436    +EDI: RESURGENT.COM Aug 30 2016 23:04:00    Lvnv Funding Llc,    Po Box 10497,
              Greenville, SC 29603-0497
515096438     E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 23:25:52    NCO Financial Systems Inc.,
              20 East Clementon Rd, #102 North,    Gibbsboro, NJ  08026
515096437    +E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 23:25:53    Nco Fin /02,    Pob 15372,
              Wilmington, DE 19850-5372
515096439    +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 30 2016 23:25:30
              Nelson Watson & Associates LLC,    80 Merrimack Street, Lower Level,    Haverhill, MA 01830-5211
515096441    +EDI: RMCB.COM Aug 30 2016 23:03:00    New Jersey EZ Pass,    C/O RMCB,
              4 Westchester Plaza, Suite 110,    Elmsford, NJ 10523-1615
515119804     EDI: RECOVERYCORP.COM Aug 30 2016 23:03:00    Orion,    c/o Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
515308861     EDI: PRA.COM Aug 30 2016 23:03:00    Portfolio Recovery Associates, LLC,
              c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
515096447    +E-mail/Text: egssupportservices@egscorp.com Aug 30 2016 23:25:20    Pendrick Capital Partners,
              C/O NCO Financial Systems Inc.,    507 Purdential Road,    Horsham, PA 19044-2308
515136613     EDI: Q3G.COM Aug 30 2016 23:05:00    Quantum3 Group LLC as agent for,    CP Medical LLC,
              PO Box 788,    Kirkland, WA  98083-0788
515096454    +E-mail/Text: dschobel@certifiedcollection.com Aug 30 2016 23:24:56
              Southern Ocean County Hospital,    C/O Certified Credit & Collection Bureau,    PO Box 336,
              Raritan, NJ 08869-0336
515096455     E-mail/Text: SOMCbankruptcy@meridianhealth.com Aug 30 2016 23:25:49
              Southern Ocean Medical Center,    PO Box 417140,    Boston, MA  02241-7140
515096457    +EDI: RMSC.COM Aug 30 2016 23:04:00    Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
515096458     E-mail/Text: bknotice@erccollections.com Aug 30 2016 23:25:14    TD BankNorth,
              C/O Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL  32256-7412
                                                                                          TOTAL: 35


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                              Signature:   /s/Joseph Speetjens

District/off: 0312-3          User: admin          Page 3 of 3          Date Rcvd: Aug 30, 2016
                             Form ID: 148          Total Noticed: 73

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
    Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
    Albert  Russo    docs@russotrustee.com
    Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
    John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM
    Financial mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
    Joshua I. Goldman    on behalf of Creditor    Colonial Savings, F.A. jgoldman@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    Marshall T. Kizner    on behalf of Creditor    NJR Clean Energy Ventures Corporation
    mkizner@stark-stark.com
    Robert  Manchel    on behalf of Joint Debtor Denise D. Bartholomew manchellaw@yahoo.com
    Robert  Manchel    on behalf of Debtor John C. Bartholomew, Jr. manchellaw@yahoo.com
                                              TOTAL: 8