Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–30571–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John C. Bartholomew Jr.  
14 Crammer Court  
Tuckerton, NJ 08087  

Denise D. Bartholomew  
14 Crammer Court  
Tuckerton, NJ 08087  

Social Security No.:
  xxx–xx–4089                                                      xxx–xx–1517

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 24, 2016          Kathryn C. Ferguson
                                 Judge, United States Bankruptcy Court